In The Court Of Criminal Appeals
Austin Tx.

83,330-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk 1311763B

Zachariah Harvey
        Applicant

vs

The State Of Texas


            In Referance To Docket Sheet
            In Cause No. 1311763B

To The Clerk Abel A. Costa:

    Comes Now Zachariah Harvey, Applicant In The Above Mentioned Is Hereby Requesting A Copy Of The Court's Docket Sheet(s) As To Everything Submitted As To The Applicant's Appeal In Cause # 1311763 B. This Is A Matter Of Importance!

Your Assistance Will Be Highly Appreciated.

                            Respectfully Submitted


CC: File
8-24-15

# In The Court Of Criminal Appeals
## Austin Texas

Zachariah Harvey

     Applicant

vs

The State Of Texas

§
§
§
§
§
§

T

## Court Of Criminal Appeals
## 11.05 Habeas Corpus
## Records Request

To The Clerk Abel Acosta:

Comes Now <u>Zachariah Harvey</u> Cause No. 1311763 A-B Applicant, Pursuant To The Provision Of Article 11.05 Texas Code Of Criminal Procedure Art:1 Sect. 12. The Texas Constitution Present This Application For Writ Of Habeas Corpus, Seeking To Obtain Copies Of His Complete Trial Records, Police Report, Clerks Log, Trial Docket, Indictments (1311762 & 1311763) And Grand Jury Minutes. Without Cost. Applicant Would Respectfully Show This Honorable Court The Following:

### I. Jurisdiction

This Honorable Court Has Jurisdiction Of The Instant 11.05 Record Request Pursuant To The Authority Cited <u>Ex Parte Cantu</u> 913 Sw 2d 701 (Tex App.-San Antonio 1995).

### II Special Statement Of The Court

Applicant Is An Indigent Layman Of The Law, Acting Without Counsel, And As Such. Request That This Honorable Court Not To Impose Upon Him The Same High Standard Of The Legal Profession Which Might Be Placed In A Pleading Prepared And Filed

By a learned member of the bar. Applicant further request that this court will consider this pro se application in a manner that will do substantial justice, with a measure of tolerance, pursuant to _Haynes_ 92 S.Ct. 594 (1972).

### III Relief Requested

For the use of preparing a post-conviction writ of habeas corpus, applicant request that he be provided with a copy of the complete trial records including, but not limited to all indictments by the court, the motions filed by the state and defense, the statement of facts, trial transcripts regarding the underlying criminal trial, entitled "The State of Texas vs Zacharian Harvey" 1311762 1311763.

However, as an alternative to simply being provided a copy of the complete trial court record, applicant would respectfully request that he be given those records. Accountable through the access to court librarian of the law library of TDCJ Institutional Division at Ellis 1 Prison Unit 1697 FM980, Huntsville, Texas 77343. Where the applicant is currently assigned/housed. See _In re Christian_ 39 Sw3d 90 (Tex. App. - Amarillo 2000)

### IV Arguments and Authorities

Constitutional Law 3228, Equal Protection that the state provide an indigent defendent all the documents mentioned from previous proceeding(s). If it is ~~needing~~ needed for an effective appeal or effective defense U.S.C.T Constitution Amend. 14.

Due To His Poverty, Applicant Is Unable To Pay For A Copy Described Above, Which He Requires; A Complete Copy Of Said Trial Records Which Are Essential To Applicant For His Use In Seeking Post-Conviction Relief, And Such Applicant Is Entitled To Be Provided An Indigent Documents, Where He Alleges Errors Which The Trial Court Record Will Demonstrate. See In Re Coronodo 980 Sw2d 691 (Tex App-San Antonio (1998); Escobar Sw2d 782 (Tex. App-Houston [1st Dst] 1993); Route 498 F2d 875 (1980); Smith 81 S.Ct. 895 (1961). Here Applicant Make The Following Specific Claims, And Asserts That They Are Demonstrated By The Complete Trial Records:

1. Applicant Avers That He Is Actual Innocent Of The Offense Of Conviction. Court Cause No. 1311762, 1311763 And He Asserts That The Trial Records Will Show, And Demonstrate That His Constitutional Right To Due Process Was Violated And He State His Intention Of Filing A Post-Conviction Writ Of Habeas Corpus Asserting An Actual Innocence Claim.

2. The Prosecution Knowingly Used Perjured Testimony Of A State Witness To Obtain His Conviction.

3. Applicant Received Ineffective Assistance Of Trial And Appellate Counsel.

All The Aforesaid Claims Are Substantial In The Complete Trial Records And With The Grounds Of Applicant's Writ.

3

In light of such a showing, and applying the above and foregoing cited authorities to the instant request in the underlying case, the United States Supreme Court has ruled that it is when a need for a transcript order to collaterally attack a conviction is shown, equal protection and due process require the state to furnish an indigent person such transcripts without charge. See Gardner 98 S. Ct. 580 (1969)

Wherefore premises considered, applicant prays that this Honorable Court will consider the information presented herein and thereafter grant the writ application.

Respectfully Submitted

Zachariah Harvey Pro-Se
1853348
1697 FM 980
Huntsville, TX 77343

### Decleration

I Zachariah Harvey 1853348 Being presently incarcerated at the O.B. Ellis1 unit of the Texas prison system here in Walker County, Texas. Declare under the penalty of perjury that the above and foregoing request/pleading is true and correct to the best of my knowledge and belief.
Executed on 26th day of August A.D. 2015

4

## CERTIFICATE OF MAILING/SERVICE

I, Zachariah Harvey 1853348, Being Presently Incarcerated At O.B. Ellis Unit Of The Texas Prison System Here In Walker County, Texas. Do Hereby Certify That On This 26th Day Of August AD 2015, A True And Correct Copy Of The Above And Foregoing Habeas Corpus 11.05 Record Request Writ Was Mailed To/Served Upon The Party Listed Below By Depositing A Copy Of The Same Into The Internal Prison Mail System.

Clerk Of The Criminal Court Of Appeals Abel Acosta
P.O. Box 12308
Capitol Station
Austin, Tx 78711